RICHARD MURRAY, Respondent, v. BLACK AND WHITE TOWN TAXIS, INC., Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the sum of $1,500, in which event the judgment is modified accordingly, and as so modified the judgment and order are unanimously affirmed, without costs. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

LOUIS C. NEWMAN, Appellant, v. ROBINS DRY DOCK AND REPAIR COMPANY, Respondent.— Order dismissing complaint reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the complaint, liberally construed in the interests of substantial justice, would admit evidence that the defendant was engaged in the performance of a maritime contract, viz., the repair of a steamship, and that, therefore, the Workmen's Compensation Law did not enter into the contract of employment of the plaintiff.* Blackmar, P. J., Kelly, Manning and Young, JJ., concur; Jaycox, J., dissents and votes to affirm on the opinion of Mr. Justice Kapper at Special Term.

JAMES J. O'BRIEN, Appellant, v. FRANCIS A. WEISBECKER, Respondent.— Order of the County Court of Queens county affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. REBECCA WANSKER, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ., concur.

ABRAM B. SMART, Respondent, v. FRANK CORON, Appellant.— Judgment and order affirmed, with costs. No opinion. Blackmar, P. J., Jaycox, Manning and Young, JJ., concur; Kelly, J., dissents and votes to reverse upon the authority of *Volosko* v. *Interurban St. R. Co.* (190 N. Y. 206).

CATHERINE STANLEY, Respondent, v. WILLIAM J. HELD, Appellant, and Others, Defendants.— Order reversed upon the facts, with costs, and motion denied, without costs. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ., concur.

ALBERT JOSEPH BOOKER, INC., Respondent, v. ALBERT E. BURR, Appellant.— Motion to dismiss appeal denied, without costs. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

BENNY GREGONIS, Respondent, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, Appellant.— Motion to resettle order denied, without costs. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

---

* See 117 Misc. Rep. 426; Code Civ. Proc. § 519; now Civ. Prac. Act, § 275.— [REP.